**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NIKE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>PUTIAN QINGCHUNZHIJIA SPORTS GOODS CO., LTD., *et al.*,<br><br>    Defendants. | Case No.: 1:19-cv-1408<br><br>Hon. Virginia M. Kendall |

**JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT**

Plaintiff NIKE, Inc. ("NIKE") and Defendants Putian Qingchunzhijia Sports Goods Co., Ltd. d/b/a OneMix and Pu Tian Shi Qing Chun Zhi Jia Ti Yu Yongpin You Xian Gong Si d/b/a OneMix (collectively, "OneMix") jointly move the Court for entry of the Stipulated Judgment attached hereto as Exhibit A in complete and final resolution of this matter. In support, the parties state as follows:

1.   NIKE filed its First Amended Complaint, which is the operative pleading in this matter, on March 15, 2019. (ECF No. 11.)

2.   OneMix accepted service of the First Amended Complaint on June 13, 2019, and OneMix filed its Answer on September 23, 2010. (ECF Nos. 20 and 28.)

3.   On September 30, 2019, the Court held an initial status hearing, in which the parties reported they had agreed to a general framework to resolve this matter. (ECF No. 31 and No. 30, ¶ 5.) Specifically, the parties reported they agreed to resolve this matter through the entry of a stipulated final judgment of infringement, along with a mutually-agreed amount of payment. (ECF No. 30, ¶ 5.) To facilitate the parties' preparation of their settlement agreement and stipulated judgment, NIKE reported it needed discovery related to damages. (*Id*.)

1

4. The Court adopted the parties' schedule as set forth in the initial Joint Status Report. (ECF Nos. 30-33.) The schedule included an initial discovery period during which NIKE sought discovery related to damages. (ECF Nos. 30, 32, 33.)

5. The parties have now finalized their written settlement agreement, including a stipulated final judgment to resolve this matter. The stipulated final judgment is attached hereto as Exhibit A.

WHEREFORE, the parties respectfully request that the Court grant this motion and enter the attached Stipulated Judgment in complete and final resolution of this matter.

Dated: April 21, 2020

Respectfully submitted,

/s/ Novaira Paul
Christopher J. Renk
Michael J. Harris
Janice V. Mitrius
Novaira T. Paul
Banner & Witcoff, Ltd.
71 S. Wacker Dr., Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
CRenk@bannerwitcoff.com
MHarris@bannerwitcoff.com
JMitrius@bannerwitcoff.com
NPaul@bannerwitcoff.com
*Attorneys for Plaintiff, NIKE, Inc.*

/s/ Jason Xu
Carolyn Gurland
WHITE & CASE, LLP
111 S. Wacker Drive, Suite 5100
Chicago, IL 60606

Jason Xu (*pro hac vice admitted*)
WHITE & CASE, LLP
701 13th Street, N.W.
Washington, DC 20005

*Attorneys for Defendants, OneMix*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on all counsel of record.

                                            /s/ Novaira Paul
                                            Novaira T. Paul

# EXHIBIT A

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PUTIAN QINGCHUNZHIJIA SPORTS GOODS CO., LTD. d/b/a ONEMIX, and PU TIAN SHI QING CHUN ZHI JIA TI YU YONGPIN YOU XIAN GONG SI d/b/a ONEMIX, <br><br> Defendants. | Case No.: 1:19-cv-1408 |

## STIPULATED FINAL JUDGMENT

The Court, being advised that the parties stipulate and agree to the entry of a final and enforceable judgment on the terms set forth herein, enters this Order as a final and enforceable judgment in this matter.

**IT IS HEREBY ORDERED** that judgment is entered against Defendants for infringing NIKE's U.S. Design Patent Nos. D636,588, D636,571, D694,501, D697,294, D702,424, D707,934, D707,935, D707,950, D709,681, D711,081, D718,036, D762,965, and D762,966 (collectively, the "NIKE Design Patents") in violation of 35 U.S.C. § 271(a);

**IT IS FURTHER ORDERED** that Defendants, and all persons or entities acting as agents or in concert with Defendants, are hereby permanently enjoined from (i) making, using, offering to sell, selling, or importing into the United States shoes covered by the NIKE Design Patents, including but not limited to Defendants' shoe model numbers 1006, 1115, 1088, 1073, 1118, 1191, 1223, 1155, 1295, 1096, 1156, and any other shoes bearing designs that are colorable imitations of those shoe model numbers, examples of which are reproduced below (collectively, the "Accused

1

Shoes"); and (ii) encouraging, inducing, or contributing to the infringement of the NIKE Design Patents by others in the United States;

| Model No. | Images of Accused Shoes |
|---|---|
| 1006 | |
| 1115 | |
| 1088 | |
| 1073 | |

2

| Model No. | Images of Accused Shoes |
|---|---|
| 1118 |  |

3

| Model No. | Images of Accused Shoes |
|---|---|
| |  |

| Model No. | Images of Accused Shoes |
|---|---|
| 1191 | |



| Model No. | Images of Accused Shoes |
|---|---|
| |  |
| 1223 | |

| Model No. | Images of Accused Shoes |
|---|---|
| |  |
| 1155 | |

7

| Model No. | Images of Accused Shoes |
|---|---|
| |  |

8

| Model No. | Images of Accused Shoes |
|---|---|
| 1295 |  |
| 1096 | |

| Model No. | Images of Accused Shoes |
|---|---|
| |  |

| Model No. | Images of Accused Shoes |
|---|---|
| |  |
| 1156 | |

**IT IS FURTHER ORDERED** that Defendants, and all persons or entities acting as agents or in concert with Defendants, are hereby permanently enjoined from making, using, offering to sell, selling, or importing into the United States shoes bearing designs of Defendants' shoe model

11

numbers 1363, 1513, 1515, 1521, 1566, 1361, and any other shoes bearing designs that are colorable imitations of those shoe model numbers, examples of which are reproduced below (collectively, the "Additional Shoes");

| Model No. | Images of Additional Shoes |
|---|---|
| 1363 |  |
| 1513 | |

| Model No. | Images of Additional Shoes |
|---|---|
| 1515 |  |
| 1521 | |
| 1566 | |

...

| Model No. | Images of Additional Shoes |
|---|---|
|  |  |
| 1361 |  |

| Model No. | Images of Additional Shoes |
|---|---|
| |  |

**IT IS FURTHER ORDERED** that Defendants shall destroy its inventory of Accused Shoes and Additional Shoes in the United States, and all advertising materials related to any Accused Shoes or Additional Shoes, in their possession, custody, or control within 15 days of entry of this judgment;

**IT IS FURTHER ORDERED** that Defendants, and all persons or entities acting as agents or in concert with Defendants, are hereby permanently enjoined from infringing and/or diluting NIKE's trademarks for AIR MAX, FLYWIRE, and FLYKNIT (collectively, the "NIKE Trademarks"), which includes at least (i) using any of the NIKE Trademarks, or colorable

15

imitations thereof, in the United States, (ii) manufacturing, advertising, promoting, selling, offering to sell, distributing, supplying, and/or importing products that use any of the NIKE Trademarks, or colorable imitations thereof, in the United States, and (iii) aiding, assisting, or otherwise contributing to the use of the NIKE Trademarks, or colorable imitations thereof, by others in the United States;

**IT IS FURTHER ORDERED** that NIKE recover a monetary award in an amount to which the parties have agreed, with payment to be made by a date agreed-upon by the parties;

**IT IS FURTHER ORDERED** that the parties shall bear their own fees and costs incurred in connection with this action;

**IT IS FURTHER ORDERED** that Plaintiff may provide this Order to any third-party marketplace through which any entity offers for sale or sells any Accused Shoe or Additional Shoe (such as www.amazon.com, www.ebay.com, and www.aliexpress.com) in the United States and that third-party marketplace shall immediately remove all listings offering for sell or selling any Accused Shoe or Additional Shoe in the United States;

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over the parties to the extent necessary to enforce the terms of this Order and the injunctive relief provided herein;

**IT IS FURTHER ORDERED** that this Order terminates all proceedings in this case and all future dates are stricken.

**IT IS SO ORDERED**.

**SIGNED AND ENTERED** this _____day of _____, 2020.

_____
United States District Judge